Name: Constantino Cuara Rodriguez
Address: 4207 West 5655 South Kearns UT 84118
Telephone: 385-488-6563

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### _____ DIVISION

| | |
|---|---|
| Constantino Cuara R<br>(Full Name)<br>PLAINTIFF<br><br>vs.<br><br>LDS church of Jesus christ or mormon church<br>Roman catholic church<br>Roman Diocese catholic<br>Delaware (people or peoples)<br>DEFENDANTS | **CIVIL RIGHTS COMPLAINT**<br>(42 U.S.C §1983, §1985)<br><br>Case: 2:22-cv-00769<br>Assigned To : Romero, Cecilia M.<br>Assign. Date : 12/13/2022<br>Description: Cuara v LDS Church et al<br><br>RECEIVED US Dist Court-UT<br>DEC 13 '22 PM 12:26 |

### A. JURISDICTION

1. Jurisdiction is proper in this court according to:

    a. ✗ 42 U.S.C. §1983
    b. ✗ 42 U.S.C. §1985
    c. ___ Other (Please Specify) _____

2. NAME OF PLAINTIFF Constantino Cuara R
   IS A CITIZEN OF THE STATE OF United State of America

   PRESENT MAILING ADDRESS: 4207 West 5655 South Kearns UT

3. NAME OF FIRST DEFENDANT LDS or mormon church
   IS A CITIZEN OF United state of America SLC UT
   (City and State)

   IS EMPLOYED AS LDS People at 50 E North Temple st SLC UT 84150
   (Position and Title if Any)  (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES X NO ___. If your answer is "YES" briefly explain.
   Color of law refers to the appearance of legal authority, or an apparently legal right that may not exist.

4. NAME OF SECOND DEFENDANT Roman catholic church
   (If applicable) Roman catholic Diocese
   IS A CITIZEN OF SLC UT
   (City and State)

   IS EMPLOYED AS People or people 27 C st SLC UT 84103
   (Position and Title if Any)  (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES X NO ___. If your answer is "YES" briefly explain.
   Color of law refers to the appearance of legal authority, or an apparently legal right that may not exist.

5. NAME OF THIRD DEFENDANT Delaware (people)
   (If applicable)
   IS A CITIZEN OF United state of America
   (City and State)
   IS EMPLOYED AS Government at _____.
   (Position and Title if Any)  (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____

_____

_____

6. NAME OF FOURTH DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
                      (city and State)

   IS EMPLOYED AS _____ at _____.
                   (Position and Title if Any)    (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ___ NO ___. If your answer is "YES" briefly explain.

   _____

   _____

   _____

(Use additional sheets of paper if necessary.)

### B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   I'm the owner of all Trademarks of united states in global network under sha "256" finger print secret seal of united states of America Covid 19 under 18 U.S 1030 code I'm the internal government under sha "256" Amicus Curiae

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: LDS church "mormon"

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   Under chapter 18 U.S. 1030 code stolen lands of this country worldwide under chapter 636-2-101 Title And federal Buildings, banks private trustees, building there own private banks

   b. (1) Count II: Catholic Roman church Dioceses Roman church

   (2) Supporting Facts: Under chapter 18 U.S. 1030 code. stolen lands of this Country world wide under chapter 636-2-101 Title banks private trustees, building there own private banks

   c. (1) Count III: Delaware (People) Under chapter 18 U.S 1030 code

(2) Supporting Facts: stolen lands federal Buildings under charter 63 6-2-101 title, build there own software & banks, private banks, credit unions, Enemies of this country and commonwelth

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

   Alots of mental diseases 9/11 was for me i'was the owner of those buildings new york state

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES____ / NO ____. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:
      Plaintiff(s): Constantino Guara R-
      Defendant(s): Iden Trust (trustee)
   b. Name of court and case or docket number: third SLC Justice Court 333 So 200 E SLC UT 84111 #22840001

c. Disposition (for example. Was the case dismissed? Was it appealed? Is it still pending?) _still pending_

d. Issues raised: _Under chapter 17200_

e. When did you file the lawsuit? _17_ _Oct_ _2022_
   Date  Month  Year

f. When was it (will it be) decided? _I don't know_

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES___ / NO _X_. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

   ~~is not~~
   _is in appeal_

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

   _My government account_
   _10 U.S code § 246 - Militia Government_ ~~com~~
   _composition. 635-2-101 Title_
   _18 U.S 1030 Code. 104-104 - Telecommunication_
   _Act of 1996 APPENDIX Open for_
   _more. Rebuild Latin catholic church with_
   _latin book of codes and rules_

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at ___SLC___ on __12/13__ 20_22_
       (Location)     (Date)

*Constantino Cuela R.*
Signature