IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CONSTANTINO CUARA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>LDS CHURCH, et al.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>2:22-cv-00769-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.

SO ORDERED this 10th day of January, 2023.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge